FILED

APR 1 8 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. S-05-0285 EJG |
| ) | CR. NO. S-97-054 EJG |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | CR-S-99-551 |
| KEVIN RAY PATTERSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Having reviewed the Government's Ex Parte Request for Extension of Time to Respond to Defendant's §2255 Motion, and good cause appearing therefo,

IT IS HEREBY ORDERED that the United States shall have until April 22, 2005, in which to file its responsive brief. The defendant may file a reply within 30 days after the service of the government's response upon him.

DATED:   April 14, 2005

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior U.S. District Judge