IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

               Plaintiff,

                               CR. NO. S-99-0551(1) EJG
       v.                     CIV. NO. S-05-0285 EJG

KEVIN RAY PATTERSON,         ORDER SETTING STATUS
                             CONFERENCE
               Defendant.
_____/

    Defendant, a federal prisoner proceeding through counsel, has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence  After reviewing the record and the documents submitted, the court has determined that a status conference is necessary to address future proceedings in connection with the motion.  Accordingly, a status conference will be held Friday, November 17, 2006 at 10:00 a.m., in Courtroom No. 8 of the above-entitled court.  Assistant United States Attorney Steven Lapham and defendant's attorney of record, Albert Sterwerf, are ordered to personally appear at the conference.  Defendant's appearance is waived.

    IT IS SO ORDERED.

Dated: November 2, 2006

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA, JUDGE
                        UNITED STATES DISTRICT COURT