UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEVIN RAY PATTERSON,<br><br>       Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | CR. NO. 2:99-00551 WBS<br><br>ORDER |

----oo0oo----

On July 1, 2016, petitioner Kevin Ray Patterson filed a motion pursuant to 28 U.S.C. § 2255. (Docket No. 307.) The United States shall file an opposition to petitioner's motion no later than August 1, 2016. Petitioner may then file a reply no later than August 15, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

      IT IS SO ORDERED.

1

1  Dated:   July 5, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE