UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEVIN RAY PATTERSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CR. NO. 2:99-00551 WBS<br><br>ORDER |

----oo0oo----

  IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 307) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule (Docket No. 308) shall remain in effect.

  IT IS SO ORDERED.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1